Benjamin Heikali (SBN 307466)
**FARUQI & FARUQI, LLP**
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
E-mail:  bheikali@faruqilaw.com

[Additional Counsel on Signature Page]

*Attorney for Plaintiff*

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
10/9/2020

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ZIMMER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> VARIAN MEDICAL SYSTEMS, INC., R. ANDREW ECKERT, DOW R. WILSON, DAVID J. ILLINGWORTH, JEAN-LUC BUTEL, ANAT ASHKENAZI, REGINA E. DUGAN, JUDY BRUNER, JEFFREY R. BALSER, PHIL FEBBO and MICHELLE LE BEAU, <br><br> Defendants. | Case No. 4:20-cv-06266-YGR <br><br> **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |

**NOTICE OF VOLUNTARY DISMISSAL**
**No. 4:20-cv-06266-YGR**

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, David Zimmer ("Plaintiff"), by counsel, hereby gives notice that he is dismissing all claims in the above-captioned matter (the "Action"), with prejudice as to himself and without prejudice as to claims on behalf of the putative class in the Action.  Because this notice of dismissal is being filed before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: October 6, 2020

Respectfully submitted,

**FARUQI & FARUQI, LLP**

By: /s/ Benjamin Heikali
Benjamin Heikali, Bar No. 307466
10866 Wilshire Blvd., Suite 1470
Los Angeles, CA 90024
Tel.: (424) 256-2884
Fax: (424) 256-2885
Email: bheikali@faruqilaw.com

*Counsel for Plaintiff*

**OF COUNSEL:**

**FARUQI & FARUQI, LLP**
Nadeem Faruqi
James M. Wilson, Jr.
685 Third Ave., 26th Fl.
New York, NY 10017
Tel.: (212) 983-9330
Email: nfaruqi@faruqilaw.com
Email: jwilson@faruqilaw.com

*Counsel for Plaintiff*